UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____

UNITED STATES OF AMERICA,
        Plaintiff,

v.

WALTER SORNOZA,
        Defendant.
_____/

Case No.: 23-CR-539

Judge Patricia Gaughan

### UNOPPOSED MOTION TO CONTINUE FINAL PRE-TRIAL HEARING

COMES NOW WALTER SORNOZA, by and through undersigned counsel, Philip L. Reizenstein, Esq., Reizenstein and Associates, PA, and hereby files this motion to continue the final Pre-trial hearing set for September 11, 2024.  In support thereof, counsel for Mr. Sornoza would aver as follows:

1. The undersigned attorney received the government's plea agreement on September 5, 2024. Both counsel for the defense and the Government conferred on several issues.

2. Counsel for Mr. Sornoza is speaking with his client about the terms of the plea agreement on Friday September 6, 2024.

3. Counsel for Mr. Sornoza has pre-trial hearings scheduled in the re-trial of the penalty phase in a death penalty case on September 11, 2024 in *State v. Lugo*: F95-17381C before Judge Marisa Tinkler-Mendez in the Circuit Court of the Eleventh Judicial Circuit in Miami-Dade County, Florida.

4. Counsel affirms to this Court that this matter will conclude in a plea. Counsel moves to continue the Pre-trial hearing and schedule a change of plea. Counsel has conferred with AUSA Margaret Sweeney, Esq. who does not oppose this motion. Both parties are

available on September 23, 2024, September, 24, 2024, September 27, 2024, or at a time after those dates convenient to the Court.

WHEREFORE, the defense moves this Court to continue the final pre-trial hearing.

Respectfully Submitted,

S/*Philip L. Reizenstein, Esq.*
Philip L. Reizenstein, Esq.
Admitted Pro Hac Vice
Reizenstein & Associates, PA
Florida Bar #634026
2828 Coral Way, Suite 540
Miami, FL 33145
(305) 444-0755
Phil@Reizensteinlaw.com
Service@Reizensteinlaw.com
